UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NATHANIEL JEANPIERRE, III                      CIVIL ACTION

VERSUS                                         NO: 10-4395

ORLEANS SHERIFF GUSMAN, ET AL.                 SECTION: R(3)


**ORDER**

   The Court, finding that as of this date no party has filed

any objections to the Magistrate Judge's Report and

Recommendation (R. Doc. 4), hereby approves the Report and adopts

it as its opinion.

   Accordingly,

   IT IS ORDERED that plaintiff's suit is DISMISSED WITH

PREJUDICE as frivolous.


   New Orleans, Louisiana, this ___24th___ day of January, 2011.


                    _____
                           SARAH S. VANCE
                    UNITED STATES DISTRICT JUDGE